# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A. as trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1<br><br>Plaintiff,<br><br>vs.<br><br>Jennifer D. Walker, et al.<br><br>Defendants. | Case No. 1:07-cv-00362<br><br>Judge Christopher A. Boyko<br><br>**ALIAS ORDER DIRECTING MASTER COMMISSIONER TO PROCEED WITH FORECLOSURE SALE** |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This cause came on for consideration upon the motion of Plaintiff Wells Fargo Bank, N.A. as trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1, for an Order directing the foreclosure sale, at public auction, of the subject real property by a master commissioner.

IT APPEARING to the Court that the Default Judgment and Decree in Foreclosure, entered by this Court on April 24, 2007, authorizes the sale of the property located at 3330 Parklane Drive, Parma, OH 44134.

IT FURTHER APPEARING to the Court that a master commissioner should immediately proceed with the sale of the subject property at public auction, subject to the relevant notice and advertising requirements mandated by federal law.

IT IS THEREFORE ORDERED that the motion of Plaintiff be and hereby is granted, that execution shall immediately issue on the Default Judgment and Decree in Foreclosure, and that master commissioner David M. Douglass is hereby ordered and directed to proceed with the

sale of the real property located at 3330 Parklane Drive, Parma, OH 44134 subject to the Notice of Appraisal filed August 29, 2007.

**IT IS SO ORDERED.**

                                           s/Christopher A. Boyko
                                           Christopher A. Boyko
                                           UNITED STATES DISTRICT JUDGE

                                           January 30, 2008

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff